Steven S. Vosbikian
VOSBIKIAN & VOSBIKIAN
Attorney for Plaintiffs
1060 Kings Highway North
Suite 101
Cherry Hill, NJ 08034
T: (856) 755-1400; F (856) 755-1475
ssvosbikian@voslaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHUNG CHIN LO
          *Plaintiff,*

v.

ANTONY BLINKEN, ET AL.

          *Defendants.*

Civil Action No.: 3:23-cv-114

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel

hereby give notice that the above-style action is voluntary dismissed, with prejudice

against the Defendants.

Dated this 21st day of March 2023

          VOSBIKIAN & VOSBIKIAN

So Ordered this __22nd__ day

of __March__ ,20 23  By: _____

          STEVEN S. VOSBIKIAN
          Attorney for Plaintiff

**Hon. Zahid N. Quraishi
United States District Judge**